IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:15CR195 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| BRAYAN D. NUNEZ-MURCIA, | ) | |
| OLMAN RODAS-RAMOS and | ) | |
| PEDRO NAVARRETTE-HERNANDEZ, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the motion of Mark W. Bubak to withdraw as counsel for the defendant, Olman Rodas-Ramos (Rodas-Ramos) (Filing No. 56). The court held a hearing on the motion on October 27, 2015. The court determined the motion should be granted. Mr. Bubak's motion to withdraw (Filing No. 56) is granted and substitute counsel will be appointed.

The court finds Rodas-Ramos remains eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska. James J. Regan, 6035 Binney Street, Omaha, Nebraska 68104 (402) 341-2020, is appointed to represent Rodas-Ramos for the balance of these proceedings pursuant to the Criminal Justice Act. Mr. Regan shall file his appearance in this matter forthwith. The clerk shall provide a copy of this order to Mr. Regan and to the Federal Public Defender.

Mr. Bubak shall forthwith provide Mr. Regan with the discovery materials provided the defendant by the government and such other materials obtained by Mr. Bubak which are material to Rodas-Ramos' defense.

In order to provide new counsel adequate time to prepare for trial, trial of this matter **as to all defendants** is rescheduled before Senior Judge Joseph F, Bataillon and a jury commencing at 9:00 a.m. on December 14, 2015. During the hearing on October 27, 2015, Rodas-Ramos requested such additional time and acknowledges the time provided would

be excluded from the computations under the Speedy Trial Act. The additional **time** arising as a result of the granting of the request, i.e., the time between **October 27, 2015 and December 14, 2015,** shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason that counsel require additional time to adequately prepare the case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

**IT IS SO ORDERED.**

DATED this 27th day of October, 2015.

BY THE COURT:
s/ Thomas D. Thalken
United States Magistrate Judge